NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDUARDO H. HINOJOSA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7176

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-258, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Eduardo H. Hinojosa moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied without prejudice to Mr. Hinojosa refiling his request within 21 days of the date of

EDUARDO HINOJOSA V. SHINSEKI                                    2

this order with clear responses to the Federal Circuit Form 6's requests, including average monthly income sources and average monthly expenses.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24